```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:13-cr-20176-SHM-01 |
| ) | |
| **TERRANCE MACKLIN,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

Before the Court is Terrance Macklin's November 13, 2020 letter. (D.E. No. 155.) The Court construes the letter as a motion for compassionate release. Based on the supervised release violation hearing held on January 12, 2021, Macklin has withdrawn his motion, and the motion has become moot. The motion for compassionate release is DENIED AS MOOT.

SO ORDERED this __12th__ day of January, 2021.

                                         */s/ Samuel H. Mays, Jr.*
                                         SAMUEL H. MAYS, JR.
                                         UNITED STATES DISTRICT JUDGE